Produce Distributors Company, appellee, v. Clara Geanopolos, appellant. Gen. No. 7,899.

Opinion filed April 6, 1928.
Hinchcliffe & Miller, for appellant. Hyer & Gill, for appellee.
Mr. Justice Boggs delivered the opinion of the court.

Joseph Szold and Jacob Szold, trading as Joseph Szold & Son, defendants in error, v. Myrtle Smith, plaintiff in error. Gen. No. 7,807.

Opinion filed April 6, 1928.
Richard H. Radley and E. T. Anthony, for plaintiff in error. Clarence W. Heyl and Harry C. Heyl, for defendants in error; Heyl & Heyl, of counsel.
Mr. Justice Jones delivered the opinion of the court.

Joseph E. Daily, appellee, v. F. J. Williams, appellant. Gen. No. 7,815.

Opinion filed April 6, 1928.
Clark & Clark, for appellant; Russell S. Clark, of counsel. Cooke, Sullivan & Ricks, for appellee; Shelton F. McGrath, of counsel.
Mr. Justice Jones delivered the opinion of the court.

J. H. Krause Supply Company, appellant, v. Arthur L. Hamilton, appellee. Gen. No. 7,877.

Opinion filed April 11, 1928.
Hall & Dusher, for appellant. North, Linscott, Gibboney & North, for appellee.
Mr. Justice Boggs delivered the opinion of the court.